155 So. 638
### Mark D. HORNSBY v. E. V. RUSH.
### 3 Div. 114.

Supreme Court of Alabama.
June 21, 1934.

Weil, Stakely & Cater, of Montgomery, for the motion.

Ball & Ball, of Montgomery, opposed.

ANDERSON, Chief Justice.

Petition of Mark D. Hornsby for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in Hornsby v. Rush, 155 So. 637.

Writ denied.

THOMAS, BOULDIN, and FOSTER, JJ., concur.